DANIELLE OCHS, CA Bar No. 178677
dot@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

SHERIF FATHY, SBN 242937
smfathy@gmail.com
LAW OFFICE OF SHERIF FATHY
9431 Haven Avenue, Suite 223
Rancho Cucamonga, CA 91730
Telephone:    909.912.1936
Facsimile:    909.912.1937

Attorneys for Plaintiff
ARIA RAZFAR

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIA RAZFAR,<br><br>            Plaintiff,<br><br>      vs.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>            Defendant. | Case No. 16-cv-06070-WHA<br><br>**STIPULATION CONSENTING TO MAGISTRATE JUDGE JURISDICTION**<br><br>Complaint Filed:  July 11, 2016<br>Trial Date:            TBD<br>Judge:                  Hon. William Alsup |

Case No. 16-cv-06070-WHA
STIPULATION CONSENTING TO MAGISTRATE JUDGE JURISDICTION

## STIPULATION

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned matter hereby voluntarily consent to have United States Magistrate Judge Maria-Elena James conduct all further proceedings in this case, including trial and entry of final judgment. The parties understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  January 10, 2017            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                    By:  /s/ *Danielle Ochs*
                                         Danielle Ochs
                                         Becki D. Graham

                                         Attorneys for Defendant
                                         THE REGENTS OF THE UNIVERSITY OF CALIFORNIA

DATED:  January 10, 2017            LAW OFFICE OF SHERIF FATHY

                                    By:  /s/ *Sherif Fathy*
                                         Sherif Fathy

                                         Attorneys for Plaintiff
                                         ARIA RAZFAR

# [PROPOSED] ORDER

For cause shown, pursuant to the stipulation of the parties, and in accordance with the provisions of 28 U.S.C. § 636(c), the Court hereby ORDERS that this matter be assigned to United States Magistrate Judge Maria-Elena James, to conduct all further proceedings in this case, including trial and entry of final judgment.

IT IS SO ORDERED.

DATED:   January 10, 2017.

_____
UNITED STATES DISTRICT COURT

28273990.1